UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FLYNN,

    Plaintiff,

v.                                      Case No: 8:21-cv-2956-KKM-SPF

NANCY PELOSI et al.,

    Defendants.

_____

## ORDER

This order follows the Court's examination of this action. Under Title 28, United States Code, Section 455(a), I recuse myself from this case. Accordingly, the Clerk is directed to reassign by random draw this case to another District Judge.

**ORDERED** in Tampa, Florida, on December 21, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge