# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Tampa Division

Case No.: 8:21-cv-02956-KKM-SPF

**MICHAEL FLYNN,**

      Plaintiff,

v.

**NANCY PELOSI**, in her official capacity as
Speaker of the United States House of
Representatives, e*t. al.*,

      Defendants.

_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Lieutenant General (Ret.) Michael

Flynn, by and through undersigned counsel, hereby designates David A. Warrington,

Esq. as lead counsel in this action.

[*continued on following page*]

Dated: December 21, 2021     Respectfully submitted,


<u>/s/ Matthew Sarelson</u>
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP INC.**
255 Giralda Avenue, Suite 500
Coral Gables, Florida 33134
305-773-1952
msarelson@dhillonlaw.com
Florida Bar No. 888281


David A. Warrington, Esq.     Michael A. Columbo, Esq.
(pro hac vice)         (pro hac vice)
**DHILLON LAW GROUP INC.**   Jesse Franklin-Murdock, Esq.
2000 Duke Street, Suite 300    (pro hac vice)
Alexandria, Virginia 22314    **DHILLON LAW GROUP INC.**
571-400-2120        177 Post Street, Suite 700
dwarrington@dhillonlaw.com   San Francisco, California 94108
             415-433-1700
             mcolumbo@dhillonlaw.com
             jfranklin-murdock@dhillonlaw.com