IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No.: 8:21-cv-02956-MSS-SPF

**MICHAEL FLYNN,**

    Plaintiff,

v.

**NANCY PELOSI**, in her official capacity as Speaker of the United States House of Representatives, e*t. al.*,

    Defendants.

_____/

## PROOF OF SERVICE

I, Jesse Franklin-Murdock, declare as follows:

1.     I am over the age of eighteen and am competent to testify as to the matters herein. I am licensed to practice law in the States of California and Hawaii, and have been granted admission to this Court *pro hac vice*. I am one of the attorneys representing Plaintiff Lieutenant General Michael Flynn (Ret.) ("Plaintiff") in this action. The following is based upon personal knowledge unless otherwise noted.

2.     On December 21, 2021, Douglas N. Letter, Esq., counsel for Defendants, agreed to accept service of the Complaint and Summonses by email, so

long as Plaintiff serves the United States in accordance with Federal Rule of Civil Procedure 4(i).

3. On December 21, 2021, I served Defendants by emailing copies of the Complaint and Summonses to Mr. Letter.

4. On December 21, 2021, pursuant to Federal Rule of Civil Procedure 4(i)(1), I caused service to be made upon the United States by causing copies of the Complaint and Summonses to be transmitted by certified mail, return receipt requested, to the United States Attorney's Office in Tampa, Florida, and the Attorney General of the United States.

5. On December 24, 2021, an agent of the United States Attorney's Office in Tampa, Florida accepted delivery of the certified mail containing the Complaint and Summonses, as evidenced by the Return Receipt, which is attached hereto as Exhibit A. The lower-right corner of the Return Receipt was torn off when our office received it.

6. On December 27, 2021, an agent of the Attorney General of the United States accepted delivery of the certified mail containing the Complaint and Summonses, as evidenced by the Return Receipt, which is attached hereto as Exhibit B.

[*continued on following page*]

I, Jesse Franklin-Murdock, declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed at San Francisco, California, January 7, 2022.

/s/ Jesse Franklin-Murdock<br>
Jesse Franklin-Murdock, Esq.