| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): Isabella DiRosa   C. Date of Delivery: 12/24/21 |
| 1. Article Addressed to:<br>Re: Flynn, Michael<br>U.S. Attorney's Office<br>c/o Civil Process Clerk<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5903 0049 4806 42 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>' Mail<br>Mail Restricted Delivery<br>...00) | ☐ Priority Mail<br>☐ Registered<br>☐ Registered Delivery<br>☐ Return Receipt Merchandise<br>☐ Signature<br>☐ Signature Restrict |
| 2. Article Number (Transfer from service label)<br>9489 0090 0027 6391 8751 24 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic |

Exhibit A