IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FLYNN,

        *Plaintiff*,

v.

NANCY PELOSI, *et al.*,

        *Defendants*.

Case No. 8:21-cv-02956-MSS-SPF

**DEFENDANTS' MOTION FOR ENTRY OF BRIEFING SCHEDULE
AND MOTION FOR LEAVE TO REPLY**

Defendants hereby move for entry of a briefing schedule and for leave to file a reply brief. The grounds for these motions are as follows:

Plaintiff filed his Complaint and served the U.S. Attorney for the Middle District of Florida by mail on December 21, 2021. ECF No. 17. Defendants' Motion to Dismiss will be timely filed today, February 25, 2022. *See* Fed. R. Civ. P. 5(b)(2)(C); Fed. R. Civ. P. 6(d); Fed. R. Civ. P. 12(a)(2). Currently, under Local Rule 3.01(c), Plaintiff's response to that motion is due on March 18. Defendants propose to expedite this briefing as set out below.

Federal courts "shall expedite the consideration of any action . . . if good cause therefore is shown." 28 U.S.C. § 1657(a). As discussed more fully in Defendants' Motion to Dismiss, the Select Committee served Plaintiff with a

subpoena relating to efforts to challenge the results of the 2020 Presidential election, rallies that occurred in Washington, D.C. leading up to the January 6 rally, and the violent attack on the Capitol that followed. Plaintiff's refusal to comply with this subpoena is impeding Congress's ability to carry out its constitutional functions, including the ability to legislate.

Time is of the essence in rectifying Plaintiff's refusal to comply with the Select Committee's subpoena. The House of Representatives is not a continuing body. *See Eastland v. U.S. Servicemen's Fund,* 421 U.S. 491, 512 (1975). The current Congress will end on January 3, 2023—just over ten months from now. Prompt resolution of this case is required for the Select Committee to have enough time to investigate fully the matters addressed by the subpoena and to propose—and for Congress to pass— any legislation that it may deem appropriate in response.

In addition, pursuant to Local Rule 3.01(d), Defendants respectfully request the Court's leave to file a Reply to Plaintiff's Opposition to the Motion to Dismiss. Though Plaintiff's Opposition has not yet been filed, Defendants make this request now in the interest of judicial economy. Defendants anticipate the need to reply to Plaintiff's Opposition given the numerous and disparate legal issues raised by Plaintiff's Complaint. A reply will ensure that the Court is fully and completely apprised of the Defendants' positions as well as the case law supporting them. Consistent with the Court's local rules, Defendants' proposed Reply will not exceed 7 pages.

Defendants believe that the proposed briefing schedule will ensure an efficient and prompt resolution of this matter, while providing all parties adequate time to brief the relevant issues. Defendants therefore respectfully request that the Court enter an order adopting the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opposition to Defendants' Motion to Dismiss | March 11, 2022 |
| Defendants' Reply to Plaintiff's Opposition | March 15, 2022 |

Pursuant to Local Rule 3.01(h), Defendants request oral argument as soon as practicable following the conclusion of briefing. Defendants believe that 20 minutes per side will be sufficient.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel for the Defendants certifies that he conferred with Plaintiff's counsel via email regarding this motion. Plaintiff has indicated that he consents to Defendants' request for leave to file a reply brief but opposes the request for an expedited briefing schedule.

Respectfully submitted,

/s/ Douglas N. Letter
Douglas N. Letter
  *General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov
*Counsel for Defendants*

February 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the Middle District of Florida, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter