# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# Tampa Division

Case No.: 8:21-cv-02956-MSS-SPF

**MICHAEL FLYNN,**

    Plaintiff,

v.

**NANCY PELOSI**, in her official capacity as Speaker of the United States House of Representatives, *et al.*,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lieutenant General Michael Flynn hereby dismisses his Complaint without prejudice in the above-captioned action as to all Defendants. No Defendant has filed an answer or a motion for summary judgment herein.

[*signature page to follow*]

Dated: March 17, 2022        Respectfully submitted,

                                             /s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP INC.**
2100 Ponce de Leon Blvd., Suite 1290
Coral Gables, Florida 33134
305-773-1952
msarelson@dhillonlaw.com
Florida Bar No. 888281

David A. Warrington, Esq.
(admitted *pro hac vice*)
**DHILLON LAW GROUP INC.**
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
571-400-2120
dwarrington@dhillonlaw.com

Michael A. Columbo, Esq.
(admitted *pro hac vice*)
Jesse Franklin-Murdock, Esq.
(admitted *pro hac vice*)
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700
mcolumbo@dhillonlaw.com
jfranklin-murdock@dhillonlaw.com

*Attorneys for Plaintiff*
*Lieutenant General Michael Flynn*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the Middle District of Florida, which I understand caused a copy to be served on all registered parties.

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.