# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MICHAEL FLYNN,**

    **Plaintiff,**

**v.**                               **Case No: 8:21-cv-2956-MSS-SPF**

**NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives,** *et al.***,**

    **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), (Dkt. 22), filed on March 17, 2022, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

**ORDERED** this case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of March, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person